*Paul D. May et al* v. *John E. May et al.* J. D. WILLARD, for appellant; IRA HARRIS, for respondent. Order appealed from affirmed with costs.

*Odell S. Hathaway* v. *Ellison C. Scott et al.* J. J. MONELL, for complainant; W. L. F. WARREN, for petitioner. Decided that it is only where a suit has been properly commenced against the defendant, and the complainant afterwards parts with his interest, either wholly or in part, that the defendant has the right to apply to the court to dismiss the bill unless the assignee is brought before the court within a specified time, by a supplemental bill in the nature of a bill of revivor, and that such right does not exist where the interest of the complainant is assigned before the commencement of the suit.— That in such a case the objection that the assignee is a necessary party should be raised by plea or answer.

*Petition to dismiss bill for want of necessary parties.*

*Objection that assignee of complainant is not a party--how to be raised.*

That petitions in a cause, (except petitions of appeal and for a rehearing) need not be signed by counsel.

*Petitions need not be signed by counsel.*

But that petition bills, answers, and affidavits must, in all cases, be signed by the party who verifies them.

*But signature nesessary.*

Petition dismissed, with $10, costs.

*In the matter of Anthony H. Ryder, an infant.* J. M. MARTIN, for appellant; J. DYCKMAN, for respondents. Order appealed from affirmed with costs.